# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,  : No. 1912 Disciplinary Docket No. 3
Petitioner : 
: No. 7 DB 2013
v. :
: Attorney Registration No. 74658
ROBERT LANGSTON WILLIAMS :
Respondent : (Allegheny County)

## O R D E R

**PER CURIAM:**

**AND NOW**, this 25th day of June, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 21, 2015, the Petition for Review and responses thereto, it is hereby

ORDERED that Robert Langston Williams is suspended from the practice of law for a period of five years retroactive to April 16, 2013, and he shall comply with all the provisions of Pa.R.D.E. 217.

It is further ORDERED that Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).